**CSD 1162** [07/01/18]

Name, Address, Telephone No. & I.D. No.

SHERYL K. ITH [SBN 225071]
sith@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Blvd, 10th Floor
Costa Mesa, CA  92626
(714) 431-1100; FAX: (714) 431-1119

Order Entered on
September 27, 2024
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Casey Adam Bunce

Debtor.

BANKRUPTCY NO. 23-03687-CL13

Performance Finance

Moving Party

RS NO. SKI-1

Casey Adam Bunce; Kara Renten, Non-filing Co-debtor
and Michael Koch, Trustee;

Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY    ☑ PERSONAL PROPERTY

The court orders as set forth on the continuation pages attached and numbered  2  through  2  with exhibits, if any, for a total of  2  pages.  Motion Docket Entry No.  24  .

//

//

//

//

DATED:  September 27, 2024

_____
Judge, United States Bankruptcy Court

CSD 1162

**CSD 1162** [07/01/18] **(Page 2)**
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Casey Adam Bunce                                                                           CASE NO: 23-03687-CL13
                                                                                                                            RS NO.:  SKI-1

The Motion of  Performance Finance ,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on  09/12/2024 , and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No.  25 , if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on  09/12/2024 , and

- ✔ Debtor *(Name)*: Casey Adam Bunce
- ✔ Debtor's Attorney *(Name)*: Bruno Flores
- ✔ Trustee *(Name)*: Michael Koch
- ✔ United States Trustee (in Chapter 11 & 12 cases), and
- ✔ Others, if any *(Name)*:
  Non-filing Co-debtor: Kara Renten

No objection or Request for Hearing having been filed by or on behalf of the Debtor, **it is hereby ordered** as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☐   The following real property:

   a.  Street address of the property including county and state:

   b.  Legal description is ☐ attached as Exhibit B or ☐ described below:

2. ✔   The following personal property as described ✔ below or ☐ in Exhibit B attached:
   2020 INDIAN MOTORCYCLES CHALLENGER, VIN: 56KLCDRR2L3384504

**It is further ordered** that *(Optional)*:
 • That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and
 • That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived.
 • That the Co-Debtor stay of 11 U.S.C. Section 1301(a) is terminated, modified or annulled as to the Co-Debtor, on the same terms and conditions as to the Debtor.

Signed by Judge J Barrett Marum September 27, 2024

**CSD 1162**